IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ARIANA PRICE, and DANIEL PRICE
Individually, and On Behalf of All Others
Similarly Situated                                                                    PLAINTIFF

      V.                              NO.  2:10-CV-02152-PKH

UNITED SERVICES AUTOMOBILE ASSOCIATION,
USAA CASUALTY INS. CO.
USAA GENERAL INDEMNITY COMPANY, and
USAA                                                                                  DEFENDANTS

O R D E R

      Before the court is the Plaintiff Motion to Compel Defendant to Endorse Check (ECF No. 7) filed October 13, 2010.  The matter was referred to the undersigned on March 18, 2011 and was set for a hearing on April 12, 2011.  The Plaintiff has now filed a Motion to Withdraw the Motion to Compel (ECF No. 29) acknowledging that the Defendant USAA had previously endorsed the check and the proceed have been deposited.

      The Motion to Withdraw Motion to Compel (ECF No. 29) is **GRANTED** and The Motion to Compel (ECF No. 7) is **MOOT**.

      IT IS SO ORDERED this March 22, 2011.

                                      /s/ *J. Marschewski*
                                      HONORABLE JAMES R. MARSCHEWSKI
                                      Chief United States Magistrate Judge

+